# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| PAUL CLARKE, individually, and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) No. 1:21-cv-02081 ) |
| v. | ) Honorable Franklin Valderrama ) |
| EXAMITY, INC. | ) ) |
| Defendant. | ) ) |

## EXAMITY, INC.'S MOTION TO DISMISS
## OR, ALTERNATIVELY, MOTION TO STRIKE

Defendant Examity, Inc. ("Examity") respectfully moves this Court pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6), for an order dismissing Plaintiff's Complaint with prejudice and entering judgment in favor of Examity or, in the alternative, pursuant to Federal Rule of Civil Procedure 12(f), for an order striking the Complaint's paragraphs 35 and 36 and prayer for compensatory damages. A memorandum in support of this motion is being filed contemporaneously herewith.

Dated: July 30, 2021

Respectfully submitted,

**EXAMITY, INC.**

By: _/s/ Melissa A. Siebert_
One of Its Attorneys

Melissa A. Siebert (*masiebert@shb.com*)
Justin R. Donoho (*jdonoho@shb.com*)
SHOOK, HARDY & BACON L.L.P.
111 South Wacker Drive, Suite 4700
Chicago, Illinois 60606
Tel: (312) 704-7700
Fax: (312) 558-1195

## **CERTIFICATE OF SERVICE**

I, Melissa A. Siebert, an attorney, hereby certify that on **July 30, 2021**, I caused a true and correct copy of **EXAMITY, INC.'S MOTION TO DISMISS OR, ALTERNATIVELY, MOTION TO STRIKE** to be electronically served on all counsel via the Court's EC/CMF system.

*/s/ Melissa A. Siebert*