IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHRISTINE RODRIGUEZ and AMBER MICH, on behalf of themselves and all others similarly situated,<br><br>                              Plaintiffs,<br><br>   v.<br><br>EXAMITY, INC.,<br><br>                              Defendant. | Case No. 1:21-cv-2081<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURUSANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**<br><br>Honorable Franklin Valderrama |

      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Paul Clarke hereby dismisses his claims against Defendant Examity, Inc. without prejudice. The claims of all other Plaintiffs remain pending.

Dated: September 3, 2021                              Respectfully submitted,

                                                             */s/ Carl V. Malmstrom*
                                                             **WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC**
                                                             Carl V. Malmstrom
                                                             111 W. Jackson Blvd., Suite 1700
                                                             Chicago, IL 60604
                                                             Tel: (312) 984-0000
                                                             Fax: (212) 686-0114
                                                            E-mail: malmstrom@whafh.com

                                                             **BURSOR & FISHER, P.A.**
                                                             Alec M. Leslie*
                                                            Max S. Roberts*
                                                            888 Seventh Avenue, Third Floor
                                                            New York, NY 10019
                                                            Tel: (646) 837-7150
                                                            Fax: (212) 989-9163
                                                            Email: aleslie@bursor.com
                                                                           mroberts@bursor.com

                                                             **BURSOR & FISHER, P.A.**
                                                             Christopher R. Reilly*

701 Brickell Avenue, Suite 1420
Miami, FL 33131
Telephone: (305) 330-5512
Facsimile: (305) 679-9006
Email: creilly@bursor.com

**EDELSON PC**
Benjamin H. Richman
Ari J. Scharg
J. Eli Wade-Scott
Schuyler Ufkes
350 North LaSalle Street, Suite 1400
Chicago, IL 60654
Telephone: (312) 589-6370
Facsimile:  (312) 589-6378
Email: brichman@edelson.com
 ascharg@edelson.com
 ewadescott@edelson.com
 sufkes@edelson.com

**CARNEY BATES AND PULLIAM, PLLC**
Randall K. Pulliam*
David F. Slade*
519 West 7th Street
Little Rock, AR 72201
Telephone: (501) 312-8500
Email: rpulliam@cbplaw.com
 dslade@cbplaw.com

*Pro Hac Vice Application Forthcoming*

*Attorneys for Plaintiffs and the Putative Classes*