**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CHRISTINE RODRIGUEZ and AMBER MICH, on behalf of themselves and all others similarly situated, | ) ) ) |
| | ) No. 1:21-cv-02081 |
| Plaintiffs, | ) |
| | ) Honorable Franklin Valderrama |
| v. | ) |
| | ) |
| EXAMITY, INC. | ) |
| | ) |
| Defendant. | |

## EXAMITY, INC.'S MOTION TO DISMISS

Defendant Examity, Inc. ("Examity") respectfully moves this Court pursuant to Federal Rule of Civil Procedure 12(b)(6), for an order dismissing Plaintiffs' First Amended Class Action Complaint with prejudice and entering judgment in favor of Examity. A memorandum in support of this motion is being filed contemporaneously herewith.

Dated: October 1, 2021

Respectfully submitted,

**EXAMITY, INC.**

By: */s/ Justin R. Donoho*
    One of Its Attorneys

Melissa A. Siebert (*masiebert@shb.com*)
Justin R. Donoho (*jdonoho@shb.com*)
SHOOK, HARDY & BACON L.L.P.
111 South Wacker Drive, Suite 4700
Chicago, Illinois 60606
Tel: (312) 704-7700
Fax: (312) 558-1195

## CERTIFICATE OF SERVICE

I, Justin R. Donoho, an attorney, hereby certify that on **October 1, 2021**, I caused a true and correct copy of **EXAMITY, INC.'S MOTION TO DISMISS** to be electronically served on all counsel via the Court's EC/CMF system.

_/s/ Justin R. Donoho_