IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTINE RODRIGUEZ and AMBER MICH, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> EXAMITY, INC. <br><br> Defendant. | No. 1:21-cv-02081 <br><br> Honorable Franklin Valderrama |

## EXAMITY, INC.'S MOTION TO STRIKE

Defendant Examity, Inc. ("Examity") respectfully moves this Court pursuant to Federal Rules of Civil Procedure 12(f) and 23(d)(1)(D), in the event the Court does not dismiss Plaintiff's First Amended Class Action Complaint with prejudice pursuant to Examity's motion to dismiss filed contemporaneously herewith, for an order striking the First Amended Class Action Complaint's (a) paragraphs 43-50; and (b) class allegations relating to non-Illinois schools and non-Illinois exams in paragraphs 69-71. A memorandum in support of this motion is being filed contemporaneously herewith.

| | |
|---|---|
| Dated: October 1, 2021 | Respectfully submitted,<br><br>**EXAMITY, INC.**<br><br>By: */s/ Justin R. Donoho*<br>   One of Its Attorneys<br><br>Melissa A. Siebert (*masiebert@shb.com*)<br>Justin R. Donoho (*jdonoho@shb.com*)<br>SHOOK, HARDY & BACON L.L.P.<br>111 South Wacker Drive, Suite 4700<br>Chicago, Illinois 60606<br>Tel: (312) 704-7700<br>Fax: (312) 558-1195 |

**CERTIFICATE OF SERVICE**

    I, Justin R. Donoho, an attorney, hereby certify that on **October 1, 2021**, I caused a true and correct copy of **EXAMITY, INC.'S MOTION TO STRIKE** to be electronically served on all counsel via the Court's EC/CMF system.

                                                  */s/ Justin R. Donoho*