# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CHRISTINE RODRIGUEZ and AMBER MICH, on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>EXAMITY, INC.,<br><br>　　　　Defendant. | )<br>)<br>)<br>)　No. 1:21-cv-02081<br>)<br>)　Honorable Franklin Valderrama<br>)<br>)<br>)<br>)<br>)<br>) |

## EXAMITY, INC.'S OPPOSED MOTION TO STAY

Defendant Examity, Inc. ("Examity"), respectfully moves this Court to stay this proceeding pending a decision on Northwestern's motion to dismiss in *Jane Doe v. Northwestern University*, 1:21-cv-01579. Counsel for Examity conferred with counsel for Plaintiff, and Plaintiff opposes the motion to stay. A memorandum in support of Examity's Motion to Stay is being filed contemporaneously with this Motion.

Dated: November 12, 2021　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　**EXAMITY, INC.**

　　　　　　　　　　　　　　　　　　　　　　By:　*/s/ Melissa A. Siebert*
　　　　　　　　　　　　　　　　　　　　　　　　One of Its Attorneys

　　　　　　　　　　　　　　　　　　　　　　Melissa A. Siebert (*masiebert@shb.com*)
　　　　　　　　　　　　　　　　　　　　　　Justin R. Donoho (*jdonoho@shb.com*)
　　　　　　　　　　　　　　　　　　　　　　SHOOK, HARDY & BACON L.L.P.
　　　　　　　　　　　　　　　　　　　　　　111 South Wacker Drive, Suite 4700
　　　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60606
　　　　　　　　　　　　　　　　　　　　　　Tel: (312) 704-7700
　　　　　　　　　　　　　　　　　　　　　　Fax: (312) 558-1195

## **CERTIFICATE OF SERVICE**

I, Melissa A. Siebert, an attorney, hereby certify that on **November 12, 2021**, I caused a true and correct copy of **EXAMITY, INC.'S OPPOSED MOTION TO STAY** to be electronically served on all counsel via the Court's EC/CMF system.

*/s/ Melissa A. Siebert*