## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| CHRISTINE RODRIGUEZ and AMBER MICH, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> EXAMITY, INC., <br><br> Defendant. | No. 1:21-cv-02081 <br><br> Honorable Franklin Valderrama <br><br> Magistrate Jeffrey Cummings |

### EXAMITY, INC.'S OPPOSED MOTION TO STAY DISCOVERY

Defendant Examity, Inc. ("Examity"), respectfully moves this Court to stay discovery in this proceeding pending the Illinois Supreme Court's decisions in *Tims v. Black Horse Carriers*, Case No. 127801 (Ill.), and in *Cothron v. White Castle*, Case No. 128004 (Ill.), and following resolution of Examity's pending motions to dismiss and to strike. Dkt. 28-31; 40-41. Counsel for Examity conferred with counsel for Plaintiff, and Plaintiff opposes the motion to stay discovery. A memorandum in support of Examity's Motion to Stay Discovery is being filed contemporaneously with this Motion.

Dated: April 12, 2022

Respectfully submitted,

**EXAMITY, INC.**

By: */s/ Melissa A. Siebert*
One of Its Attorneys

Melissa A. Siebert (*masiebert@shb.com*)
Justin R. Donoho (*jdonoho@shb.com*)
SHOOK, HARDY & BACON L.L.P.
111 South Wacker Drive, Suite 4700
Chicago, Illinois 60606
Tel: (312) 704-7700
Fax: (312) 558-1195

            Kateland R. Jackson (*krjackson@shb.com*)
            SHOOK, HARDY & BACON LLP
            1800 K Street, NW, Suite 1000
            Washington, DC  20006
            Telephone: (202) 783-8400
            Facsimile: (202) 783-4211

## **CERTIFICATE OF SERVICE**

I, Melissa A. Siebert, an attorney, hereby certify that on **April 12, 2022**, I caused a true and correct copy of **EXAMITY, INC.'S OPPOSED MOTION TO STAY DISCOVERY** to be electronically served on all counsel via the Court's EC/CMF system.

              */s/ Melissa A. Siebert*