## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHRISTINE RODRIGUEZ and AMBER MICH, on behalf of themselves and all others similarly situated, | Case No. 1:21-cv-02081 |
| Plaintiffs, | Judge: Hon. Franklin Valderrama |
| v. | |
| EXAMITY, INC., | |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
## PURUSANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Christine Rodriguez and Amber Mich hereby dismiss their individual claims against Defendant Examity, Inc., without prejudice. This dismissal has no effect on the claims of any absent, putative class members.

Dated: July 15, 2022

Respectfully submitted,

*/s/ Carl V. Malmstrom*
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC**
Carl V. Malmstrom
111 W. Jackson Blvd., Suite 1700
Chicago, IL 60604
Tel: (312) 984-0000
Fax: (212) 686-0114
E-mail: malmstrom@whafh.com

**BURSOR & FISHER, P.A.**
Philip L. Fraietta
Max S. Roberts
888 Seventh Avenue
New York, NY 10019
Tel: (646) 837-7150
Fax: (212) 989-9163
Email: pfraietta@bursor.com
mroberts@bursor.com

**EDELSON PC**
Benjamin H. Richman
Ari J. Scharg
J. Eli Wade-Scott
Schuyler Ufkes
350 North LaSalle Street, Suite 1400
Chicago, IL 60654
Telephone: (312) 589-6370
Facsimile:  (312) 589-6378
Email: brichman@edelson.com
         ascharg@edelson.com
         ewadescott@edelson.com
         sufkes@edelson.com

**CARNEY BATES AND PULLIAM, PLLC**
Randall K. Pulliam (*Pro Hac Vice*)
Samuel R. Jackson (*Pro Hac Vice*)
519 West 7th Street
Little Rock, AR 72201
Telephone: (501) 312-8500
Email: rpulliam@cbplaw.com
         sjackson@cbplaw.com

*Attorneys for Plaintiffs and the Putative Classes*