# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Christine Rodriguez, et al.
                              Plaintiff,

v.                                                       Case No.: 1:21−cv−02081
                                                             Honorable Franklin U. Valderrama

Examity, Inc.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 18, 2022:

      MINUTE entry before the Honorable Franklin U. Valderrama: Pursuant to the Notice of Voluntary Dismissal without Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the case is dismissed without prejudice. All hearings, deadlines, and pending motions, including Defendant's motion to dismiss [28] and Defendant's motion to strike [30] are hereby stricken. Civil case terminated. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.